**Order entered September 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00249-CR

### JULIUS ERICK KNIGHT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MA-1651546-A**

## ORDER

The clerk's record was due April 20, 2016. We **ORDER** the Dallas County Clerk to file the clerk's record within **TEN DAYS** of the date of this order.

/s/    ADA BROWN
        JUSTICE